UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUG 19 2025 AM 9:57
FILED - USDC - FLMD - TPA

IN RE: NOTICE OF EQUITABLE LIEN
BY SHAINA E. ALBIZU
AGAINST:

1. EAST COAST CAPITAL CORP.
   25 Melville Park Road, Suite 200
   Melville, NY 11747

2. SHELLPOINT MORTGAGE SERVICING
   P.O. Box 10826
   Greenville, SC 29603

3. FANNIE MAE
   3900 Wisconsin Avenue, N.W.
   Washington, DC 20016-2892

8:25-mc-00030-KKM-SPF

Miscellaneous Case No.: _____
(To be assigned by Clerk)

## NOTICE OF EQUITABLE LIEN AND SUPPORTING AFFIDAVIT
## PURSUANT TO 15 U.S.C. § 1635 & 28 U.S.C. § 1655

### I. NOTICE TO CREDITORS

1. Lien Claimant: Shaina E. Albizu, 35197 Daisy Meadow Loop, Zephyrhills, FL 33541

2. Subject Property:

   - Legal Description: LOT 256, HIDDEN CREEK PHASE 1&2, PLAT BOOK 82, PAGES 119-131, PASCO COUNTY, FL
   - Parcel ID: 05-26-21-0090-00000-2560

3. Lien Amount: $391,773.00

4. Basis:
   - Fraudulent nondisclosure (UCC-1 #20180312011616F8)
   - Violations of TILA (15 U.S.C. § 1635), RESPA (12 U.S.C. § 2605), and FDCPA (15 U.S.C. § 1692g)


PD $52.00
TPA-72787

5. Creditors Served:
   - East Coast Capital Corp. (Tracking #9589 0710 5270 2916 6437 74)
   - Shellpoint Mortgage Servicing (Tracking #9589 0710 5270 2916 6437 67)
   - Fannie Mae (Tracking #9589 0710 5270 2916 6437 50)

## II. AFFIDAVIT OF LIENOR

STATE OF FLORIDA
COUNTY OF PASCO

BEFORE ME, the undersigned Notary Public, personally appeared Shaina E. Albizu, who is personally known to me or produced __driver license__ as identification (Type: ☑ Driver's License ☐ Passport ☐ Other: _____), and swore:

1. Ownership: I am the lawful owner of the above-described property.

2. Service of Notices:

April 18, 2025: Served rescission notices via Certified Mail to:
   • East Coast Capital Corp. (Tracking #9589 0710 5270 2916 6437 74)
   • Shellpoint Mortgage Servicing (Tracking #9589 0710 5270 2916 6437 67)
   • Fannie Mae (Tracking #9589 0710 5270 2916 6437 50)

July 22, 2025: Served Notice of Default via Certified Mail to:
   • East Coast Capital Corp. (Tracking #9589 0710 5270 0090 9961 81)
   • Shellpoint Mortgage Servicing (Tracking #9589 0710 5270 0090 9961 74)
   • Fannie Mae (Tracking #9589 0710 5270 0090 9961 67)

3. Creditor Default: No responses received within statutory deadlines (TILA: 20 days; RESPA/FDCPA: 30 days).

4. Good Faith: This lien is filed pursuant to Fla. Stat. § 713.78 and federal consumer protection laws.

*Shaina Albizu* (signature)
Shaina E. Albizu
Date: 8/18/2025

[NOTARY SEAL]

___CS_____
Notary Public - State of Florida
Printed Name: Chloe Singletary
Commission No.: HH651856
Expires: March 16, 2029

Chloe Singletary
Comm.: HH 651856
Expires: Mar. 16, 2029
Notary Public - State of Florida

## III. REQUEST FOR JUDICIAL NOTICE

Pursuant to Fed. R. Evid. 201, the Court is requested to take notice of:
1. Certified Mail Receipts (attached as Exhibit A)
2. UCC-1 Filing #20180312011616F8 (Exhibit B)
3. Pasco County property records (Exhibit C)

## IV. RELIEF REQUESTED

1. Recognition of this equitable lien pending federal litigation.
2. Service of this Notice on all creditors via the Court.